B1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br><br>Chakmelle-Damisha Shanpe' Hester | DEFENDANTS<br><br>Super Ego Holding Inc |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
| PARTY (Check One Box Only)<br>☑ Debtor       ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor       ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

breach of contract, unjust enrichment, equitable torts (conversion)
financial / economical / emotional stress                          fraud

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(a) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☑ 14-Recovery of money/property - other

**FRBP 7001(b) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(c) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(d) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(e) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(f) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation,
   actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(f) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
   (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(g) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☑ 72-Injunctive relief – other

**FRBP 7001(h) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(i) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(j) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☑ 02-Other (e.g. other actions that would have been brought in state court
   if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

Complaint attached ; injunctive relief / order

B1040 (FORM 1040) (12/24)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Chabrielle - Damisha Shante' Hester | BANKRUPTCY CASE NO.<br>25 - 31550 -mvl7 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District of Texas | DIVISION OFFICE | NAME OF JUDGE<br>Michelle V. Larsom |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>6/25/25 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Chabrielle -Damisha Shante' Hester | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

UNITED STATES BANKRUPTCY COURT

**Northern District of Texas**

In re:
Chabrielle-Darnisha Shante' Hester, Debtor
Case No.: 25-31550-mv17
Chapter 7

Chabrielle-Darnisha Shante' Hester,
Plaintiff
v.
Super Ego Holding Inc,
Defendant
Adversary Proceeding No.:

COMPLAINT FOR EQUITABLE ACCOUNTING, RESTITUTION, AND INJUNCTIVE
RELIEF DUE TO UNJUST ENRICHMENT, COMMERCIAL ABUSE, AND FINANCIAL
HARM

I. NATURE OF THE ACTION
1. Plaintiff, Chabrielle-Darnisha Shante' Hester, brings this equitable complaint against Super
Ego Holding Inc. for conversion, unjust enrichment, economic duress, and breach of trust arising
from fraudulent reversal of wages and systematic commercial misconduct.
2. Defendant withheld and manipulated compensation owed to Plaintiff for work completed and
reversed funds from her financial account without authorization or lawful justification, forcing
Plaintiff to obtain a new bank account due to fraud reported and escalated by Navy Federal
Credit Union.
3. Despite grossing over fifteen thousand dollars in revenue during the two and a half weeks of
employment, Plaintiff was paid only $566.25, with all deliveries completed and documented.
Original broker rate confirmations were denied under internal policy, while manipulated dispatch
sheets were provided instead.
4. Plaintiff also suffered recurring truck malfunctions with a newly assigned 2026 Volvo semi,
resulting in four breakdowns, delivery disruptions, and increased out-of-pocket costs including
truck setup and removals.
5. A former employee with similar experiences has offered sworn testimony of Defendant's long-
standing fraudulent practices, corroborating Plaintiff's claims of systemic abuse and deception.

II. EQUITABLE TORTS AND HARM
6. Defendant committed conversion by unlawfully withdrawing earned wages from Plaintiff's
account after delivery of services.
7. Defendant caused economic duress and intentional infliction of economic harm by
manipulating payroll, concealing original rate confirmations, and denying transparency, thus
profiting unjustly from Plaintiff's labor.
8. Plaintiff was subjected to emotional distress from these deliberate actions, exacerbated by
being stranded with a defective vehicle and forced to absorb excessive costs.

9. Plaintiff requests equitable relief as no lawful or moral grounds exist to support Defendant's unjust gain and deceptive policies.

10. Equity holds that no one shall be permitted to profit by their own wrongdoing, and that good conscience demands restitution where trust is violated.

## III. SCRIPTURAL FOUNDATION

11. "A false balance is abomination to the Lord: but a just weight is His delight." — Proverbs 11:1

12. "Woe to him that useth his neighbor's service without wages." — Jeremiah 22:13

13. "Thou shalt not defraud thy neighbour, neither rob him." — Leviticus 19:13

14. "Let the oppressed go free, and break every yoke." — Isaiah 58:6

## IV. PROCEDURAL FOUNDATION

15. This adversary proceeding is commenced as an action in equity under Rule 3 and Equity Rule 12, with this filing constituting entry under Rule 5(e).

16. The Plaintiff seeks remedy where equity intervenes to correct abuses of conscience, honor fair dealing, and restrain continued harm.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this honorable Court to:

a. Compel full and sworn accounting of all financial and contractual records relating to Plaintiff's service, including original broker rate confirmations;

b. Grant restitution for unpaid labor, unauthorized withdrawals, incidental expenses, and emotional distress;

c. Issue injunctive relief to cease ongoing financial harm and deceptive practices;

d. Allow testimony and supporting declarations from corroborating witnesses;

e. Grant such further and additional relief as conscience, good faith, and commercial fairness require.

Respectfully submitted,

Chabrielle-Darnisha Shante' Hester
Pro Se Plaintiff
1810 Commerce St. #910
Dallas, TX 75201
chbrllhester@gmail.com
Date: June 25, 2025

Super Ego Holding Inc
677 N Larch Ave
Elmhurst, IL 60126
(630) 506-8869

 Gmail

**Chabrielle Hester <chbrllhester@gmail.com>**

---

## Request for Clarification on Earnings Deposit Reversals

2 messages

---

**Chabrielle Hester** <chbrllhester@gmail.com>                                    Tue, Apr 22, 2025 at 8:45 AM
To: Company Statements <companystatements@gmail.com>
Cc: Statements Company <statementscompany@gmail.com>, companystatements2@gmail.com, Company Statements
<companystatements3@gmail.com>, statementscompany@drive-4best.com

Payroll Department,

I am writing to request clarification regarding recent payroll activity on my account. I noticed that earnings for completed
loads were initially deposited and then subsequently reversed.

Could you please provide details on why these reversals occurred for legal and banking purposes?

I have provided evidence of equipment returned, all communication and contract.

Thank you for your time and assistance.


Best regards,

Chabrielle Hester

---

**Chabrielle Hester** <chbrllhester@gmail.com>                                    Tue, Apr 22, 2025 at 10:02 AM
To: Company Statements <companystatements@gmail.com>

Per payroll deparrment conversation, here's the statement showing reversal and the bank confirmed that this action was
done by the company (payroll) .
In addition, federal banking had to give me a new account number and advise attorney involvement based on fraud.

---

6/24/25, 3:36 PM

Case 25-03074-mvl    Doc 1    Filed 06/25/25    Entered 06/25/25 16:49:03    Desc Main
Gmail - Request for Clarification on Earnings Deposit Reversals
Document       Page 6 of 31



**09:07**

**Cache Enterprises LLC**                    Done

---

4/22/25, 7:51 AM                                UAD - Universal Agent Desktop

## NAVY FEDERAL CREDIT UNION

**CACHE ENTERPRISES LLC**
**as of: 22 April 2025 08:50:23 EST**

Details for Account: 7187284687                         Access Number : 19935116

| Check Number | Transaction Date | Posted Date | Amount | Description | Balance | NavCheck Balance |
|---|---|---|---|---|---|---|
| | | | | DUE TO THE LARGE AMOUNT OF DATA FOR THIS ACCOUNT, THE INFORMATION DISPLAYED MAY NOT BE CO... | | |
| 4300009 | 04/21/2025 | 04/21/2025 | $ 1,278.45 | ACH DEBIT ACH: CONTRACTOR PAY REVERSAL | | |
| | 04/21/2025 | 04/21/2025 | $ 1,278.45 | TRF TO SHARES - CACHE ENTERPRISES LLC | | |
| 91000 | | | | | | |

**After Hours**
**Company:** (630) 233-9652 **Ext:** 125 & 116
**Direct:** (847) 306-3516 & (331) 258-7518
**Email:** afterhours@floydlogistics.com

# DISPATCH SHEET

**Weekend Dispatch**
**Company:** (630) 233-9652
**Ext:** 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
2013, 2014, 2015, 2016, 2017,2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2029, 2030, 2031, 2033

Driver name: Chabrielle Darnisha Hester     Dispatcher: Andrew

Unit# 97357          Company main number:                    ext:
                                        Email:

| Weight ( lbs ): 42000 | Loaded Miles: 1200 | Equipment Type: van |
|---|---|---|

| Carrier Pay Details: | **Rate:** | 2,000.00 |
|---|---|---|
| Macropoint tracking: | | |
| On time PU and delivery | | |
| **TOTAL PAY:** | | 2,000.00 |

**PickUp**  BIRDBRAIN TECHNOLOGIES INC C/O ANEX      **PickUp#** 22197 - FLX0168333
WAREHOUSE
1200 LEBANON RD STE U320
West Mifflin, PA United States 15122       **Date&Time:** 4/16/2025  07:00-15:00

**Delivery**  The Goodyear Tire & Rubber Company c/o      **Delivery#** 22197 - FLX0168333
American Phoenix
Inc
5201 SW 11th St
Lawton, OK United States 73501       **Date&Time:** 4/18/2025  11:00

**Commodity:** Rubber

**Trailer requirements:**
Please note that all trailers must have a 53' SUPER-WIDE 101.5" (Inside width, ceiling to floor, kickplate to kickplate) Trailer with no wood walls, no bent trailer plates or kickboards, no holes or leaks, and must be food grade. Trailer must be clean, dry, and have no odors. Any vents in trailer must be completely closed.

**Additional Information:**

Check in as Rocket

E659860

22197 - FLX0168333

YOU MUST HAVE ALL PAPERWORK SIGNED AND PROVIDE IT TO US NO LATER THAN 1 HOUR AFTER DELIVERY!!!

The driver must provide an update on location every day.
The driver must provide an update upon checking in and out on both pickup/s and delivery/s. Failing to do
so can result in rate deduction of $50-$100.
Providing false information on load status, location, etc. can result in rate deduction up to $500.

**After Hours**
**Company:** (630) 233-9652 **Ext: 125 & 116**
**Direct:** (847) 306-3516 **&** (331) 258-7518
**Email:** afterhours@floydlogistics.com

**DISPATCH SHEET**

**Weekend Dispatch**
**Company:** (630) 233-9652
**Ext:** 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
2013, 2014, 2015, 2016, 2017,2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2029, 2030, 2031, 2033

**Driver name:** Chabrielle Darnish Hester

**Dispatcher:** Andrew

**Unit#** 97357

**Company main number:**

**ext:**

**Email:**

| Weight ( lbs ): 20000 | Loaded Miles: 1800 | Equipment Type: van |
|---|---|---|

| Carrier Pay Details: | | **Rate:** | $3,500.00 |
|---|---|---|---|
| Macropoint tracking: | | | |
| On time PU and delivery | | | |
| **TOTAL PAY:** | | | $3,500.00 |

**PickUp** Xochitl
6000 Colwell Blvd
IRVING, TX 75039

**PickUp#** 12671723

**Date&Time:** 04/11/25 11:00 Appt.

**Delivery** Delhaize America Distribution
54 Hemco Rd
SOUTH PORTLAND, ME 04106

**Delivery#** H-12671723, 014354082

**Date&Time:** 04/14/25 18:00 Appt.

**Commodity:** chips

**Trailer requirements:**
Please note that all trailers must have a 53' SUPER-WIDE 101.5" (Inside width, ceiling to floor, kickplate to kickplate) Trailer with no wood walls, no bent trailer plates or kickboards, no holes or leaks, and must be food grade. Trailer must be clean, dry, and have no odors. Any vents in trailer must be completely closed.

**Additional Information:**

LATE FEE $500
SAFETY VEST, FEE FOR NOT WEARING $450

YOU MUST HAVE ALL PAPERWORK SIGNED AND PROVIDE IT TO US NO LATER THAN 1 HOUR AFTER DELIVERY!!!

The driver must provide an update on location every day.
The driver must provide an update upon checking in and out on both pickup/s and delivery/s. Failing to do
so can result in rate deduction of $50-$100.
Providing false information on load status, location, etc. can result in rate deduction up to $500.

**After Hours**
**Company:** (630) 233-9652 **Ext:** 125 & 116
**Direct:** (847) 306-3516 & (331) 258-7518
**Email:** afterhours@floydlogistics.com

# DISPATCH SHEET

**Weekend Dispatch**
**Company:** (630) 233-9652
**Ext:** 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
2013, 2014, 2015, 2016, 2017,2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2029, 2030, 2031, 2033

**Driver name:** Chabrielle Darnisha Hester          **Dispatcher:** Andrew
**Unit#** 97357                     Company main number:                                    ext:
                                    Email:

| Weight ( lbs ):41000lbs | Loaded Miles: 683 | Equipment Type: van |
|---|---|---|

| Carrier Pay Details: | | **Rate:** | $1,260.00 |
|---|---|---|---|
| Macropoint tracking: | | | |
| On time PU and delivery | | | |
| **TOTAL PAY:** | | | $1,260.00 |

**PickUp** BASF CORP. C/O DELTA CHEMICAL
SERVICES
3950 HIGHWAY 30
Saint Gabriel, LA 70776

**PickUp#** 0149089749

**Date&Time:** 04/08/25  12:00 Appt.

**Delivery** OCTOCHEM C/O BASF
2602 W Randolph St
Vandalia, IL 62471

**Delivery#** 903380010- 4990871698

**Date&Time:** 04/09 08:00 APPT

**Commodity:** Trilon M Lq. T 250KG 1H1

**Trailer requirements:**
Please note that all trailers must have a 53' SUPER-WIDE 101.5" (inside width, ceiling to floor, kickplate to kickplate) Trailer with no wood walls, no bent trailer plates or kickboards, no holes or leaks, and must be food grade. Trailer must be clean, dry, and have no odors. Any vents in trailer must be completely closed.

**Additional Information:**
Check in as Hotshot
need 2 straps

YOU MUST HAVE ALL PAPERWORK SIGNED AND PROVIDE IT TO US NO LATER THAN 1 HOUR AFTER DELIVERY!!!

The driver must provide an update on location every day.
The driver must provide an update upon checking in and out on both pickup/s and delivery/s. Failing to do
so can result in rate deduction of $50-$100.
Providing false information on load status, location, etc. can result in rate deduction up to $500.

**After Hours**
**Company:** (630) 233-9652 **Ext:** 125 & 116
**Direct:** (847) 306-3516 & (331) 258-7518
**Email:** afterhours@floydlogistics.com

# DISPATCH SHEET

**Weekend Dispatch**
**Company:** (630) 233-9652
**Ext:** 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
2013, 2014, 2015, 2016, 2017,2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2029, 2030, 2031, 2033

Driver name: Chabrielle Darnisha Hester          Dispatcher: Andrew

Unit# 97357                          Company main number:                          ext:

                                     Email:

| Weight ( lbs ): 32000 | Loaded Miles: 803 | Equipment Type: van |
|---|---|---|

| Carrier Pay Details: | | **Rate:** | $1,600.00 |
|---|---|---|---|
| Macropoint tracking: | | | |
| On time PU and delivery | | | |
| | **TOTAL PAY:** | | $1,600.00 |

**PickUp** Amcor
1350 NORTH FRUITRIDGE AVE.
Terre Haute, IN 47804

**PickUp#** 607159

**Date&Time:** 04/09/25  13:00 Appt.

**Delivery** Tyson Foods
6350 Browning Ct
North Richland Hills, TX 76180

**Delivery#** 4525102119

**Date&Time:** 04/11/25 08:00 Appt.

**Commodity:** Dry Freight

**Trailer requirements:**
Please note that all trailers must have a 53' SUPER-WIDE 101.5" (inside width, ceiling to floor, kickplate to kickplate) Trailer with no wood walls, no bent trailer plates or kickboards, no holes or leaks, and must be food grade. Trailer must be clean, dry, and have no odors. Any vents in trailer must be completely closed.

**Additional Information:**
Check in as Hotshot

YOU MUST HAVE ALL PAPERWORK SIGNED AND PROVIDE IT TO US NO LATER THAN 1 HOUR AFTER DELIVERY!!!

The driver must provide an update on location every day.
The driver must provide an update upon checking in and out on both pickup/s and delivery/s. Failing to do
so can result in rate deduction of $50-$100.
Providing false information on load status, location, etc. can result in rate deduction up to $500.

**After Hours**
**Company:** (630) 233-9652 **Ext:** 125 & 116
**Direct:** (847) 306-3516 & (331) 258-7518
**Email:** afterhours@floydlogistics.com

# DISPATCH SHEET

**Weekend Dispatch**
**Company:** (630) 233-9652
**Ext:** 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
2013, 2014, 2015, 2016, 2017,2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2029, 2030, 2031, 2033

Driver name: Chabrielle Darnisha Hester        Dispatcher: Andrew

Unit# 97357                         Company main number:                                    ext:

                                            Email:

| Weight ( lbs ):41000lbs | Loaded Miles: 683 | Equipment Type: van |
|---|---|---|

| Carrier Pay Details: | | **Rate:** | $1,260.00 |
|---|---|---|---|
| Macropoint tracking: | | | |
| On time PU and delivery | | | |
| | **TOTAL PAY:** | | $1,260.00 |

**PickUp** BASF CORP. C/O DELTA CHEMICAL          **PickUp#** 0149089749
SERVICES
3950 HIGHWAY 30
Saint Gabriel, LA 70776                    **Date&Time:** 04/08/25  12:00 Appt.

**Delivery** OCTOCHEM C/O BASF          **Delivery#** 903380010- 4990871698
2602 W Randolph St
Vandalia, IL 62471

                                            **Date&Time:** 04/09 08:00 APPT

**Commodity:** Trilon M Lq. T 250KG 1H1

**Trailer requirements:**
Please note that all trailers must have a 53' SUPER-WIDE 101.5" (inside width, ceiling to floor, kickplate to kickplate) Trailer with no wood walls, no bent trailer plates or kickboards, no holes or leaks, and must be food grade. Trailer must be clean, dry, and have no odors. Any vents in trailer must be completely closed.

**Additional Information:**

Check in as Hotshot
need 2 straps

YOU MUST HAVE ALL PAPERWORK SIGNED AND PROVIDE IT TO US NO LATER THAN 1 HOUR AFTER DELIVERY!!!

The driver must provide an update on location every day.
The driver must provide an update upon checking in and out on both pickup/s and delivery/s. Failing to do
so can result in rate deduction of $50-$100.
Providing false information on load status, location, etc. can result in rate deduction up to $500.

**After Hours**
Company: (630) 233-9652 **Ext: 125 & 116**
**Direct:** (847) 306-3516 & (331) 258-7518
**Email:** afterhours@floydlogistics.com

# DISPATCH SHEET

**Weekend Dispatch**
Company: (630) 233-9652
**Ext:** 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
2013, 2014, 2015, 2016, 2017,2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2029, 2030, 2031, 2033

Driver name: Chabrielle Darnish Hester          Dispatcher: Andrew

Unit# 97357                          Company main number:                    ext:

                                     Email:

| Weight ( lbs ): 20000 | Loaded Miles: 1800 | Equipment Type: van |
|---|---|---|

| Carrier Pay Details: | **Rate:** | $3,500.00 |
|---|---|---|
| Macropoint tracking: | | |
| On time PU and delivery | | |
| **TOTAL PAY:** | | $3,500.00 |

**PickUp** Xochitl                          **PickUp#** 12671723
6000 Colwell Blvd
IRVING, TX 75039

                                     **Date&Time:** 04/11/25 11:00 Appt.

**Delivery** Delhaize America Distribution      **Delivery#** H-12671723, 014354082
54 Hemco Rd
SOUTH PORTLAND, ME 04106

                                     **Date&Time:** 04/14/25 18:00 Appt.

Commodity: chips

**Trailer requirements:**
Please note that all trailers must have a 53' SUPER-WIDE 101.5" (Inside width, ceiling to floor, kickplate to kickplate) Trailer with no wood walls, no bent trailer plates or kickboards, no holes or leaks, and must be food grade. Trailer must be clean, dry, and have no odors. Any vents in trailer must be completely closed.

**Additional Information:**

LATE FEE $500
SAFETY VEST, FEE FOR NOT WEARING $450

YOU MUST HAVE ALL PAPERWORK SIGNED AND PROVIDE IT TO US NO LATER THAN 1 HOUR AFTER DELIVERY!!!

The driver must provide an update on location every day.
The driver must provide an update upon checking in and out on both pickup/s and delivery/s. Failing to do
so can result in rate deduction of $50-$100.
Providing false information on load status, location, etc. can result in rate deduction up to $500.

**After Hours**
**Company:** (630) 233-9652 **Ext:** 125 & 116
**Direct:** (847) 306-3516 & (331) 258-7518
**Email:** afterhours@floydlogistics.com

# DISPATCH SHEET

**Weekend Dispatch**
**Company:** (630) 233-9652
**Ext:** 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
2013, 2014, 2015, 2016, 2017,2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2029, 2030, 2031, 2033

**Driver name:** Chabrielle Darnisha Hester         **Dispatcher:** Andrew

**Unit#** 97357                    Company main number:                    ext:

Email:

| Weight ( lbs ): 40000 | Loaded Miles: 1090 | Equipment Type: Van |
|---|---|---|

| Carrier Pay Details: | | **Rate:** | $1,478.00 |
|---|---|---|---|
| Macropoint tracking: | | | |
| On time PU and delivery | | | |
| | **TOTAL PAY:** | | $1,478.00 |

**PickUp** RUMFORD MILL
1 DUMP ROAD
Rumford, ME 04276

**PickUp#** 0086414063- 0086414067

**Date&Time:** Apr 14, 2025 (24/7)

**Delivery** LSC COMMUNICATIONS
1600 N MAIN ST
Pontiac, IL 61764

**Delivery#** 0086414063- 0086414067

**Date&Time:** Apr 16, 2025 08:00 CDT

**Commodity:** paper

**Trailer requirements:**
Please note that all trailers must have a 53' SUPER-WIDE 101.5" (Inside width, ceiling to floor, kickplate to kickplate) Trailer with no wood walls, no bent trailer plates or kickboards, no holes or leaks, and must be food grade. Trailer must be clean, dry, and have no odors. Any vents in trailer must be completely closed.

**Additional Information:**

CHECK IN AS ROCKET

Shipment ID 50174648
BOL # 30040675
Customer Ref # 0086414063
Reference #2 0086414067
PO # 00102820

YOU MUST HAVE ALL PAPERWORK SIGNED AND PROVIDE IT TO US NO LATER THAN 1 HOUR AFTER DELIVERY!!!

The driver must provide an update on location every day.
The driver must provide an update upon checking in and out on both pickup/s and delivery/s. Failing to do
so can result in rate deduction of $50-$100.
Providing false information on load status, location, etc. can result in rate deduction up to $500.

**After Hours**
**Company:** (630) 233-9652 **Ext:** 125 & 116
**Direct:** (847) 306-3516 & (331) 258-7518
**Email:** afterhours@floydlogistics.com

# DISPATCH SHEET

**Weekend Dispatch**
**Company:** (630) 233-9652
**Ext:** 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
2013, 2014, 2015, 2016, 2017,2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2029, 2030, 2031, 2033

Driver name: Chabrielle Darnisha Hester          Dispatcher: Andrew

Unit# 97357          Company main number:          ext:

Email:

| Weight ( lbs ): 43000 | Loaded Miles: 730 | Equipment Type: van |
|---|---|---|

| Carrier Pay Details: | | **Rate:** | $1,140.00 |
|---|---|---|---|
| Macropoint tracking: | | | |
| On time PU and delivery | | | |
| | **TOTAL PAY:** | | $1,140.00 |

**PickUp**  POLAND SPRINGS                    **PickUp#** 511945891
109 Poland Spring DR
POLAND SPRING, ME 04274

                                            **Date&Time:** 04/15/25  00:00-23:59

**Delivery**  Retal PA, LLC                  **Delivery#** 511945891
55 S WASHINGTON ST
Donora, PA 15033

                                            **Date&Time:** 04/16/25  05:00-09:00

Commodity: plastics

**Trailer requirements:**
Please note that all trailers must have a 53' SUPER-WIDE 101.5" (Inside width, ceiling to floor, kickplate to kickplate) Trailer with no wood walls, no bent trailer plates or kickboards, no holes or leaks, and must be food grade. Trailer must be clean, dry, and have no odors. Any vents in trailer must be completely closed.

**Additional Information:**

NO PU or DEL #s provided by broker

LOAD# 511945891

YOU MUST HAVE ALL PAPERWORK SIGNED AND PROVIDE IT TO US NO LATER THAN 1 HOUR AFTER DELIVERY!!!

The driver must provide an update on location every day.
The driver must provide an update upon checking in and out on both pickup/s and delivery/s. Failing to do
so can result in rate deduction of $50-$100.
Providing false information on load status, location, etc. can result in rate deduction up to $500.

**After Hours**
**Company:** (630) 233-9652 **Ext: 125 & 116**
**Direct:** (847) 306-3516 & (331) 258-7518
**Email:** afterhours@floydlogistics.com

# DISPATCH SHEET

**Weekend Dispatch**
**Company:** (630) 233-9652
**Ext:** 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
2013, 2014, 2015, 2016, 2017,2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2029, 2030, 2031, 2033

Driver name: Chabrielle Darnisha Hester          Dispatcher: Andrew

Unit# 97357          Company main number:          ext:

Email:

| Weight ( lbs ): 6500 | Loaded Miles: 816 | Equipment Type: van |
|---|---|---|

| Carrier Pay Details: | **Rate:** | $2200 |
|---|---|---|
| Macropoint tracking: | | |
| On time PU and delivery | | |
| **TOTAL PAY:** | | $2200 |

**PickUp** Republic Plastics K1          **PickUp#** 2617622-00087435
5316 S National Dr
Knoxville, TN 37914

**Date&Time:** 04/02/25  13:00 Appt.

**Delivery** C&S WHOLESALE - WINDSOR LOCKS          **Delivery#** 46824124
100 King Springs Road
Windsor Locks, CT 06096

**Date&Time:** 04/04/25 08:00 Appt.

**Commodity:** Foam Plates - Bundled and Shrink Wrapped

**Trailer requirements:**
Please note that all trailers must have a 53' SUPER-WIDE 101.5" (inside width, ceiling to floor, kickplate to kickplate) Trailer with no wood walls, no bent trailer plates or kickboards, no holes or leaks, and must be food grade. Trailer must be clean, dry, and have no odors. Any vents in trailer must be completely closed.

**Additional Information:**

Check in as Hotshot

Pickup#:2617622-00087435
PRO # 1678874557
Appt # 2617622-00087435, 51418828
Shipments 2617622-00087435
Appointment#: 51418828

YOU MUST HAVE ALL PAPERWORK SIGNED AND PROVIDE IT TO US NO LATER THAN 1 HOUR AFTER DELIVERY!!!

The driver must provide an update on location every day.
The driver must provide an update upon checking in and out on both pickup/s and delivery/s. Failing to do
so can result in rate deduction of $50-$100.
Providing false information on load status, location, etc. can result in rate deduction up to $500.

**After Hours**
Company: (630) 233-9652 **Ext: 125 & 116**
**Direct:** (847) 306-3516 & (331) 258-7518
**Email:** afterhours@floydlogistics.com

# DISPATCH SHEET

**Weekend Dispatch**
Company: (630) 233-9652
**Ext:** 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
2013, 2014, 2015, 2016, 2017,2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2029, 2030, 2031, 2033

Driver name: Chabrielle Garnisha Hester          Dispatcher: Andrew

Unit# 97357                          Company main number:                          ext:

                                     Email:

| Weight ( lbs ):36700 | Loaded Miles: 1200 | Equipment Type: van |
|---|---|---|

| Carrier Pay Details: | **Rate:** | $1,860.00 |
|---|---|---|
| Macropoint tracking: | | |
| On time PU and delivery | | |
| **TOTAL PAY:** | | $1,860.00 |

**PickUp**  Bradford & Bigelow                          **PickUp#** 13522
Address: 3 Perkins Way
NEWBURYPORT, MA 01950-4007

                                     **Date&Time:** 4/4/2025  09:00 - 18:00

**Delivery**  FL School Book Depository- 1125          **Delivery#** 510697211
Address: 1125 Ellis Rd N
Jacksonville, FL 32254

                                     **Date&Time:** 4/7/2025  08:30 - 15:30

**Commodity:** Educational Materials

**Trailer requirements:**
Please note that all trailers must have a 53' SUPER-WIDE 101.5" (Inside width, ceiling to floor, kickplate to kickplate) Trailer with no wood walls, no bent trailer plates or kickboards, no holes or leaks, and must be food grade. Trailer must be clean, dry, and have no odors. Any vents in trailer must be completely closed.

**Additional Information:**

Check in as Miser

YOU MUST HAVE ALL PAPERWORK SIGNED AND PROVIDE IT TO US NO LATER THAN 1 HOUR AFTER DELIVERY!!!

The driver must provide an update on location every day.
The driver must provide an update upon checking in and out on both pickup/s and delivery/s. Failing to do
so can result in rate deduction of $50-$100.
Providing false information on load status, location, etc. can result in rate deduction up to $500.

**After Hours**
**Company:** (630) 233-9652 **Ext: 125 & 116**
**Direct:** (847) 306-3516 & (331) 258-7518
**Email:** afterhours@floydlogistics.com

# DISPATCH SHEET

**Weekend Dispatch**
**Company:** (630) 233-9652
**Ext:** 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009,
2013, 2014, 2015, 2016, 2017,2018, 2019, 2020, 2021,
2022, 2023, 2024, 2025, 2026, 2029, 2030, 2031, 2033

Driver name: Chabrielle Darnisha Hester          Dispatcher: Andrew

Unit# 97357                    Company main number:                    ext:

                               Email:

| Weight ( lbs ):43000 | Loaded Miles: 595 | Equipment Type: van |
|---|---|---|

| Carrier Pay Details: | | **Rate:** | $800.00 |
|---|---|---|---|
| Macropoint tracking: | | | |
| On time PU and delivery | | | |
| | **TOTAL PAY:** | | $800.00 |

**PickUp**  PU- Imeson Distribution                    **PickUp#** 120200
555 Zoo Parkway
Jacksonville, FL 32226

                                                       **Date&Time:** 04/07/25  08:00-15:00

**Delivery**  GXO                                      **Delivery#** 4502456926 rel 1
2072 Commercial Dr
Port Allen, LA 70767

                                                       **Date&Time:** 04/08/25  11:00 Appt.

**Commodity:** Pulp Paper

**Trailer requirements:**
 Please note that all trailers must have a 53' SUPER-WIDE 101.5" (Inside width, ceiling to floor, kickplate to kickplate) Trailer with no wood walls, no bent trailer plates or kickboards, no holes or leaks, and must be food grade. Trailer must be clean, dry, and have no odors. Any vents in trailer must be completely closed.

**Additional Information:**

Check in as Miser

YOU MUST HAVE ALL PAPERWORK SIGNED AND PROVIDE IT TO US NO LATER THAN 1 HOUR AFTER DELIVERY!!!

The driver must provide an update on location every day.
The driver must provide an update upon checking in and out on both pickup/s and delivery/s. Failing to do
so can result in rate deduction of $50-$100.
Providing false information on load status, location, etc. can result in rate deduction up to $500.

**NAVY FEDERAL CREDIT UNION**

**CACHE ENTERPRISES LLC**
**as of: 22 April 2025 08:50:23 EST**

Details for Account: 7187284687                                              Access Number : 19935116

| Check Number | Transaction Date | Posted Date | Amount | Description | Balance | NavCheck Balance |
|---|---|---|---|---|---|---|
| | | | | DUE TO THE LARGE AMOUNT OF DATA FOR THIS ACCOUNT,THE INFORMATION DISPLAYED MAY NOT BE COMPLETE. | | |
| | 04/22/2025 | 04/22/2025 | $ 24.50 | POS DEBIT ATM: DPSN UBR* PENDI SAN FRANCISC CA | $ 2.81 | |
| | 04/22/2025 | 04/22/2025 | $ 24.50 | TRF FR OTHER - CACHE ENTERPRISES LLC | $ 27.31 | |
| | 04/21/2025 | 04/21/2025 | $ 12.88 | POS DEBIT ATM: DPSN UBR* PENDI SAN FRANCISC CA | $ 2.81 | |
| | 04/21/2025 | 04/21/2025 | $ 14.48 | POS DEBIT ATM: DPSN UBR* PENDI SAN FRANCISC CA | $ 15.69 | |
| 4300009 | 04/21/2025 | 04/21/2025 | $ 1,278.45 | ACH DEBIT ACH: CONTRACTOR PAY REVERSAL | $ 30.17 | |

MISER LOGISTICS LLC
7840 Tyler Blvd
Unit 1502
Mentor, OH 44060
Phone #: (847)665-0996
Fax #: (855)663-2345

## Statement
## CACHE ENTERPRISES
## 4/11/2025
## Unit #97357
## (CHABRIELLE-DARNISHA HESTER)

**CACHE ENTERPRISES**
**2401 2401 WOODMERE BLVD**
**HARVEY, LA 70058**

## Trips :

| Trip No. | Description | Mileage | Freight Amount | Date | Amount |
|---|---|---|---|---|---|
| 769722 | Bensenville, IL-Maryville, TN | 574 | $1120.00 | 04/01/2025 | $847.50 |
| 769582 | Knoxville, TN-Windsor Locks, CT | 833 | $2200.00 | 04/02/2025 | **$1,650.00** |
| 770991 | Newburyport, MA-Jacksonville, FL | 1189 | $1860.00 | 04/04/2025 | **$1,395.00** |
| | | | | **Total:** | **$3,892.50** |

## Advances and Deductions :

| Description | Date | Amount |
|---|---|---|
| Truck payment for 5 days | 04/08/2025 | ($500.00) |
| Trailer rent for 5 days | 04/08/2025 | ($160.71) |
| Cargo insurance for 5 days | 04/08/2025 | ($210.71) |
| ELD Enrolment fee | 04/08/2025 | ($99.99) |
| Permits | 04/08/2025 | ($30.00) |
| ELD - April | 04/08/2025 | ($150.00) |
| Bobtail insurance - April | 04/08/2025 | ($590.00) |
| Paperwork processing service - April | 04/08/2025 | ($50.00) |
| | **Total:** | **($1,791.41)** |

## Fuel Card :

| Description | City | St. | Gallons | Fuel ($) | Advance ($) | Misc. ($) | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| Fuel - WHITESTOWN, IN | WHITESTOWN | IN | 18.82 | $75.06 | $0.00 | $25.01 | 04/01/2025 | ($100.07) |
| Fuel - SMITHS GROVE, KY | SMITHS GROVE | KY | 5.00 | $15.95 | $0.00 | $0.00 | 04/01/2025 | ($15.95) |
| Fuel - SMITHS GROVE, KY | SMITHS GROVE | KY | 156.84 | $500.16 | $0.00 | $59.84 | 04/02/2025 | ($560.00) |
| Fuel - SHREWSBURY, MA | SHREWSBURY | MA | 58.02 | $214.62 | $0.00 | $0.00 | 04/04/2025 | ($214.62) |
| Fuel - CARNEYS POIN, NJ | CARNEYS POIN | NJ | 55.75 | $195.07 | $0.00 | $0.00 | 04/05/2025 | ($195.07) |
| Fuel - KENLY, NC | KENLY | NC | 50.00 | $157.95 | $0.00 | $0.00 | 04/06/2025 | ($157.95) |
| Fuel - KENLY, NC | KENLY | NC | 0.00 | $0.00 | $0.00 | $52.87 | 04/06/2025 | ($52.87) |
| Fuel - MANNING, SC | MANNING | SC | 70.11 | $238.31 | $0.00 | $0.00 | 04/06/2025 | ($238.31) |
| | | | | | | | **Total:** | **($1,534.84)** |

| Check Amount: | $566.25 |
| --- | --- |

MISER LOGISTICS LLC
7840 Tyler Blvd
Unit 1502
Mentor, OH 44060
Phone #: (847)665-0996
Fax #: (855)663-2345

Statement
CACHE ENTERPRISES
4/18/2025
Unit #97357
(CHABRIELLE-DARNISHA HESTER)

**CACHE ENTERPRISES**
**2401 2401 WOODMERE BLVD**
**HARVEY, LA 70058**

## Trips :

| Trip No. | Description | Mileage | Freight Amount | Date | Amount |
|---|---|---|---|---|---|
| 772542 | Jacksonville, FL-Port Allen, LA | 620 | $900.00 | 04/07/2025 | $600.00 |
| 773300 | Saint Gabriel, LA-Vandalia, IL | 701 | $1260.00 | 04/08/2025 | **$945.00** |
| 773925 | Terre Haute, IN-North Richland Hills, TX | 818 | $1600.00 | 04/09/2025 | **$1,200.00** |
| 775700 | Irving, TX-South Portland, ME | 1876 | $3500.00 | 04/11/2025 | **$2.625.00** |
| | | | | **Total:** | **$5,370.00** |

## Advances and Deductions :

| Description | Date | Amount |
|---|---|---|
| Truck payment - 1 | 04/15/2025 | ($700.00) |
| Trailer rent | 04/15/2025 | ($225.00) |
| Cargo insurance | 04/15/2025 | ($295.00) |
| Franco Fleet Services Invoice #57659 | 04/15/2025 | ($541.80) |
| | **Total:** | **($1,761.80)** |

## Fuel Card :

| Description | City | St | Gallons | Fuel ($) | Advance ($) | Misc ($) | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| Fuel - COTTONDALE, FL | COTTONDALE | FL | 39.62 | $150.10 | $0.00 | $0.00 | 04/07/2025 | ($150.10) |
| Fuel - GULFPORT, MS | GULFPORT | MS | 11.00 | $32.77 | $0.00 | $0.00 | 04/07/2025 | ($32.77) |
| Fuel - HAMMOND, LA | HAMMOND | LA | 159.70 | $558.78 | $0.00 | $44.49 | 04/07/2025 | ($603.27) |
| Fuel - GREENVILLE, IL | GREENVILLE | IL | 12.92 | $50.13 | $0.00 | $0.00 | 04/09/2025 | ($50.13) |
| Fuel - ST LOUIS, MO | ST LOUIS | MO | 50.00 | $154.95 | $0.00 | $0.00 | 04/10/2025 | ($154.95) |
| Fuel - STRAFFORD, MO | STRAFFORD | MO | 136.11 | $474.90 | $0.00 | $45.74 | 04/10/2025 | ($520.64) |
| Fuel - ROCKWALL, TX | ROCKWALL | TX | 86.07 | $258.11 | $0.00 | $17.91 | 04/12/2025 | ($276.02) |
| Fuel - KNOXVILLE, TN | KNOXVILLE | TN | 103.86 | $360.29 | $0.00 | $24.63 | 04/12/2025 | ($384.92) |
| Fuel - MOUNT JACKSO, VA | MOUNT JACKSO | VA | 50.00 | $156.95 | $0.00 | $0.00 | 04/13/2025 | ($156.95) |
| | | | | | | | **Total:** | **($2,329.75)** |
| | | | | | | | **Check Amount:** | **$1,278.45** |

MISER LOGISTICS LLC
7840 Tyler Blvd
Unit 1502
Mentor, OH 44060
Phone #: (847)665-0996
Fax #: (855)663-2345

## Statement
## CACHE ENTERPRISES
## 4/25/2025
## Unit #97357
### (CHABRIELLE-DARNISHA HESTER)

**CACHE ENTERPRISES**
**2401 2401 WOODMERE BLVD**
**HARVEY, LA 70058**

## Trips :

| Trip No. | Description | Mileage | Freight Amount | Date | Amount |
|---|---|---|---|---|---|
| 778772 | Rumford, ME-Pontiac, IL | | $300.00 | 04/14/2025 | $150.00 |
| 777899 | Poland, ME-Donora, PA | 694 | $1140.00 | 04/15/2025 | **$855.00** |
| | | | | **Total:** | **$1,005.00** |

## Advances and Deductions :

| Description | Date | Amount |
|---|---|---|
| Truck payment - 2 | 04/23/2025 | ($700.00) |
| Trailer rent | 04/23/2025 | ($225.00) |
| Cargo insurance | 04/23/2025 | ($295.00) |
| | **Total:** | **($1,220.00)** |

## Fuel Card :

| Description | City | St. | Gallons | Fuel ($) | Advance ($) | Misc. ($) | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| Fuel - GREENLAND, NH | GREENLAND | NH | 135.45 | $513.23 | $0.00 | $34.38 | 04/15/2025 | ($547.61) |
| Fuel - VALLEY GROVE, WV | VALLEY GROVE | WV | 122.23 | $447.23 | $0.00 | $27.01 | 04/16/2025 | ($474.24) |
| Fuel - STRAFFORD, MO | STRAFFORD | MO | 130.61 | $447.85 | $0.00 | $25.42 | 04/17/2025 | ($473.27) |
| | | | | | | | **Total:** | **($1,495.12)** |

| | |
|---|---|
| **Check Amount:** | **($1,710.12)** |

FLiX

**BOOKING NUMBER**
324 110 7989

**TICKET**
Valid in both print and digital form

## Sunday, 30 Mar 2025



You have **30 Min.** for your transfer

**23:15** ○ **Des Moines**
1641 E. Euclid Ave., 50316 Des Moines

> 🚌 Route [BTW_1202]  Trailways
> Direction Chicago Bus Station

Operated by BURLINGTON STAGE LINES LTD

31 Mar
**05:25** ○ **Chicago Bus Station**
630 W Harrison St, 60607 Chicago

The same QR code is used for your entire journey

**Adult**
**Chabrielle Hester**

**1 × Hand Luggage**
7 kg · 42×30×18 cm

**1 × Hold Luggage**
20 kg · 80×50×30 cm

### Additional information

Total price: **USD 186.47**

Manage My Booking: shop.global.flixbus.com/rebooking

Track your trip: global.flixbus.com/track/order/3241107989

FAQ: help.flixbus.com

### Your checklist for your trip

Arrive on time for boarding (usually 15 mins prior to departure)

Double check dimensions and print luggage tag.
More information at: global.flixbus.com/service/luggage

### Your departure station

**Dallas Bus Station**, 205 S Lamar St, 75202 Dallas

The General Terms and Conditions of Business and Booking of Flix SE apply to the booking of tickets.
You can find them at: global.flixbus.com/general-terms-business-and-booking-conditions. The Terms and
Conditions of Carriage of the respective carrier apply to carriage. These can be found at:
global.flixbus.com/general-conditions-of-carriage-selection. You will find the carrier/concession holder
("carrier") of your connection in the invoice. Travelling with our buses is without regard to race, color,
creed, religion, gender, national origin or physical ability.

FLIX

## Sunday, 30 Mar 2025

**07:20** ○ **Dallas Bus Station**
205 S Lamar St, 75202 Dallas

> 🚌 Route **US1146**   Greyhound
> Direction Tulsa Bus Station

Operated by Greyhound Lines, Inc

**13:45** ○ Tulsa Bus Station

You have **35 Min.** for your transfer

**14:20** ○ Tulsa Bus Station
317 S Detroit Ave, 74120 Tulsa

> 🚌 Route **[JL_802]**   Jefferson Lines
> Direction Minneapolis Bus Station

Operated by Jefferson Partners L.P. dba Jefferson Lines

**22:45** ○ Des Moines

Continued on next page



The same QR code is used for your entire journey

| | US1146 | [JL_802... |
|---|---|---|
| Adult | Seat | Seat |
| **Chabrielle Hester** | **8C** | – |

**1 × Hand Luggage**
7 kg · 42×30×18 cm

**1 × Hold Luggage**
20 kg · 80×50×30 cm

### Additional information

Total price: **USD 186.47**

Manage My Booking: shop.global.flixbus.com/rebooking

Track your trip: global.flixbus.com/track/order/3241107989

FAQ: help.flixbus.com

### Your checklist for your trip

Arrive on time for boarding (usually 15 mins prior to departure)

Double check dimensions and print luggage tag.
More information at: global.flixbus.com/service/luggage

### Your departure station

**Dallas Bus Station**, 205 S Lamar St, 75202 Dallas



The General Terms and Conditions of Business and Booking of Flix SE apply to the booking of tickets.
You can find them at: global.flixbus.com/general-terms-business-and-booking-conditions. The Terms and
Conditions of Carriage of the respective carrier apply to carriage. These can be found at:
global.flixbus.com/general-conditions-of-carriage-selection. You will find the carrier/concession holder
("carrier") of your connection in the invoice. Travelling with our buses is without regard to race, color,
creed, religion, gender, national origin or physical ability.

# NAVY FEDERAL
## Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
04/01/25 - 04/30/25

Access No. 19935116

### Statement of Account
For CACHE ENTERPRISES LLC

**Business Checking - 7187284687**

(Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 04-14 | POS Debit - Business Debit Card 4355 Transaction 04-11-25 Sams Club Sam's Club Dallas | 128.82- | 1,512.42 |
| 04-14 | POS Debit - Business Debit Card 4355 04-11-25 Quick Lube Service Garland TX | 140.00- | 1,372.42 |
| 04-14 | POS Debit - Business Debit Card 4355 04-11-25 Vzwrlss*bill Pay V 800-922-0204 FL | 241.20- | 1,131.22 |
| 04-14 | POS Debit - Business Debit Card 4355 Transaction 04-11-25 Harbor Freight Tools U | | |

Fridge purchased for truck

drug test

Coolant → purchase



QUICK LUBE SERVICES LLC
4040 FOREST LN
GARLAND, TX 75042

**CK LUBE SERVICE**

4040 Forest lane

Garland Tx 75042

**SALE**

Store: 4616

REF#: 00000019

Batch #: 096     RRN: 510122831715
04/11/25                    17:48:31

Trans ID: 465101821117874

APPR CODE: 728973

VISA                    Contactless
\*\*\*\*\*\*\*\*\*\*\*\*8459           \*\*/\*\*

(469)328-7564
8663106487
9722059200
imontruckservice@gmail.com
Website: www.company.com

**Invoice**

| | |
|---|---|
| Invoice No: | 7153 |
| Date: | 4/11/2025 |
| Terms: | Net 30 |
| Due Date: | 5/11/2025 |
| Order No: | |
| Territory: | |
| Salesperson: | |

**AMOUNT      $140.00**
**TOTAL        $140.00**

**Ship To:**

APPROVED

VISA DEBIT
AID: A0000000031010
TVR: 00 00 00 00 00

**Tracking No          FOB**

CUSTOMER COPY

| | | Qty/Hours | Rate | Amount |
|---|---|---|---|---|
| FRIDGE AND INVERTER INSTALLATION | | 1.00 | $140.00 | $140.00* |
| | | 1.00 | $0.00 | $0.00* |

* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $140.00 |
| Tax (8.25%) | $0.00 |
| Shipping | $0.00 |
| Total | $140.00 |
| Deposit | $0.00 |
| **Balance Due** | **$140.00** |

Page 1 of 1

**HARBOR FREIGHT**

DALLAS  TX #00422
6508 Skillman St
Dallas, TX 75231
Telephone: (214) 221-3064

SALE

Customer Name:          Yirga Wondemanhe
Customer Number:            999070940194

57272 2000W/4000W PURE SINE INV      $259.99
63747 INVERTER CABLES 2GA.CU X        $39.99

Subtotal                              $299.98
Sales Tax 8.250%                       $24.75
Total                                 $324.73

Debit                                 $324.73

SALE

************8459                     DEBIT
Entry Method: Chip Read Contactless
Appr Code: 001943
Payment Type: DEBIT
Application Pan:************8459
Invoice: 0019480301329S4
Mode:Issuer
Result:CAPTURED
Ref: 250411133033
Response: Approved
Approved: Online
STAN 133033
CID Code 0x80 (ARQC)
US DEBIT
SEQUENCE: 00000061
AID: A0000000980840
TVR: 0000000000
TSI: 0000
AC: CD3CA0384047429C
IAD: 1F42016EA000000000100302730000000
4000000000000000000000000000000
ARC: 00
TTQ:36C04000

PIN VERIFIED
Customer Copy

Please Retain for records.

Store: 00422    Reg: 01    Tran: 948030
Date: 4/11/2025 1:30:41 PM   Assoc: XXXXXX
Ticket: 01948030

Item(s) Sold: 2
Item(s) Returned: 0

Teresa served you today.
Thank you for shopping at
DALLAS  TX #00422

Proof of Purchase Required for Returns/
Exchanges Within 90 Days of Purchase.

*****************************************
GET EXCLUSIVE DEALS
Sign up today at HarborFreight.com/email
or Text SHOP to 34648



---

RICHARDSON  TX #00053
1704 E Belt Line Road
Richardson, TX 75081
Telephone: (972) 231-1872

SALE

Customer Name:          Yirga Wondemanhe
Customer Number:            999070940194

*****Begin Return*****
00053/03/750802
57335 3000W / 6000W POWER INVERTE($299.99)
REASON: Not Satisfied
Original Ticket Num: 03750802
*****End Return*****
57335 3000W / 6000W POWER INVERTER $299.99
302304 2YR REPAIR PLAN               $69.99
792363573351 3000W / 6000W POWER INVERTE

Subtotal                              $69.99
Sales Tax 8.250%                     ($24.75)
Sales Tax 8.250%                      $30.52
Total                                 $75.76

Debit                                 $75.76
SALE

************8459                     DEBIT
Entry Method: Chip Read Contactless
Appr Code: 000668
Payment Type: DEBIT
Application Pan:************8459
Invoice: 00213044180423
Mode:Issuer
Result:CAPTURED
Ref: 250411180506
Response: Approved
Approved: Online
STAN:180506
CID Code:0x80 (ARQC)
US DEBIT
SEQUENCE: 00000098
AID: A0000000980840
TVR: 0000000000
TSI: 0000
AC: 0738A79CC1E81A2E
IAD: 1F42016EA000000000100302730000000
4000000000000000000000000000000
ARC: 00
TTQ:36C04000

PIN VERIFIED
Customer Copy

Please Retain for records.

Store: 00053    Reg: 02    Tran: 013044
Date: 4/11/2025 6:05:11 PM   Assoc: XXXXXX
Ticket: 0213044

Item(s) Sold: 1
Item(s) Returned: 1

Joshua served you today.
Thank you for shopping at
RICHARDSON  TX #00053

Proof of Purchase Required for Returns/
Exchanges Within 90 Days of Purchase.

*****************************************
GET EXCLUSIVE DEALS
Sign up today at HarborFreight.com/email
or Text SHOP to 34648

---

**HARBOR FREIGHT**

RICHARDSON  TX #00053
1704 E Belt Line Road
Richardson, TX 75081
Telephone: (972) 231-1872

SALE

Customer Name:          Yirga Wondemanhe
Customer Number:            999070940194

*****Begin Return*****
00422/01/948030
57272 2000W/4000W PURE SINE INV   ($259.99)
REASON: Not Satisfied
Original Ticket Num: 01948030
*****End Return*****
57335 3000W / 6000W POWER INVERTER $299.99

Subtotal                              $40.00
Sales Tax 8.250%                     ($21.45)
Sales Tax 8.250%                      $24.75
Total                                 $43.30

Debit                                 $43.30
SALE

*******X****8459                    DEBIT
Entry Method: Chip Read Contactless
Appr Code: 001391
Payment Type: DEBIT
Application Pan:************8459
Invoice: 003750802155248
Mode:Issuer
Result:CAPTURED
Ref: 250411155306
Response: Approved
Approved: Online
STAN:155306
CID Code:0x80 (ARQC)
US DEBIT
SEQUENCE: 00000060
AID: A0000000980840
TVR: 0000000000
TSI: 0000
AC: F935590A9A291B27
IAD: 1F42016EA000000000100302730000000
4000000000000000000000000000000
ARC: 00
TTQ:36C04000

PIN VERIFIED
Customer Copy

Please Retain for records.

Store: 00053    Reg: 03    Tran: 7508
Date: 4/11/2025 3:53:09 PM   Assoc: XXXX
Ticket: 03750802

Item(s) Sold: 1
Item(s) Returned: 1

Jonathan served you today.
Thank you for shopping at
RICHARDSON  TX #00053

Proof of Purchase Required for Returns/
Exchanges Within 90 Days of Purchase.

*****************************************
GET EXCLUSIVE DEALS
Sign up today at HarborFreight.com/email
or Text SHOP to 34648





6/24/25, 3:44 PM



6/24/25, 3:43 PM



6/24/25, 3:43 PM

